# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0314
Lower Tribunal No. 16-25408

————————

**CP Private Equity, Ltd.,**
Appellant,

vs.

**SF Real Estate, LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Jorge L. Guerra, P.A., and Jorge L. Guerra; Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes, for appellant.

Brian M. Torres, P.A., and Brian M. Torres, for appellee Simone Frangi.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. See Recarey v. Rader, 320 So. 2d 28, 29–30 (Fla. 3d DCA

1975) ("The appointment of a receiver is not a matter of right, but is one resting in the sound discretion of the court, to be exercised or withheld, according to the circumstances and facts of each particular case."); see also Storey Mountain, LLC a/a/o IBERIABANK v. Freestone Enter., LLC, 48 Fla. L. Weekly D1239 (Fla. 1st DCA June 21, 2023).